Helen R. Frazer        STATE BAR NO. 92627
2901 W. Coast Highway, Suite 200
Newport Beach, California 92663
Telephone: (949) 653-500-6108
hfrazertrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MARK TECHNOLOGIES, INC.<br><br>Debtor. | Case No.    6:16-bk-12192 WJ<br><br>CHAPTER 7<br><br>RESPONSE OF CHAPTER 7 TRUSTEE TO MARK JONES' REQUEST FOR CONTINUANCE AND OBJECTIONS TO TRUSTEES FINAL REPORT AND APPLICATIONS FOR COMPENSATION<br><br>DATE:    MAY, 4, 2021<br>TIME:    1:00 P.M.<br>CTRM:    304 |

Chapter 7 Trustee, Helen Ryan Frazer, files the following response to the pleading filed by Mark Jones requesting a continuance of the hearing on the Trustee's Final Report and Applications for Compensation and his objections thereto.

I.

**PRELIMINARY STATEMENT**

As has been his penchant throughout this case, Mark Jones, seeks to re-litigate all of the matters that have been previously definitively ruled on by this Court. Further, Mr. Jones makes baseless accusations against the Trustee falsely claiming that she has "converted" trust funds into

the estate that belong to another of Mr. Jones' affiliated entities.  There is no evidence to support any of Mr. Jones' assertions nor does he have any standing as a party in interest to raise his objections.

## II.

## ARGUMENT

### A. MR. JONES IS NOT A PARTY IN INTEREST WITH STANDING TO ASSERT OBJECTIONS TO THE TRUSTEE'S FINAL REPORT.

Mr. Jones purports to be asserting objections to the Trustee's Final Report on behalf of the Debtor, which is a corporation. Local Bankruptcy Rule 9011-2(a) specifies that a corporation may only appear in a bankruptcy case through counsel. Mr. Jones seeks to get around this requirement by claiming to be the "ultimate" shareholder of the Debtor and Tenderland Renewables, LLC ("TR").  In fact, the Debtor's Corporate Ownership Statement (Docket No. 12) states that the shares of the Debtor are owned by TenderLand Power Company, Inc., not Mr. Jones.  Further, Debtors Statement of Financial Affairs (Docket No. 15, Page 32) confirms in Question 28 that Mr. Jones has no ownership interest in the Debtor. TR is not a creditor of the Debtor as the claim it filed was disallowed (Docket No. 583). Accordingly, Mr. Jones has no standing as a creditor or party in interest to object to the Trustee's Final Report.

Even aside from the fact that Mr. Jones has no authority to file pleadings on behalf of the Debtor, the Debtor only has standing to file objections to claims, including applications for fees, if the case is a surplus case in which the debtor would have a pecuniary interest. *In re 60 East 80th Street Equities, Inc.* (2nd Cir. 2000) 218 F3d 109, 115-116.  This case is very far from being a surplus case so the Debtor has no standing to object to the applications for fees or the distribution of the funds on hand to creditors per the Trustee's Final Report.

### B. TR HAS NO CLAIM TO ANY OF THE FUNDS TO BE DISTRIBUTED PURSUANT TO THE TRUSTEE'S FINAL REPORT.

The main focus of Mr. Jones' filing is an accusation that the Trustee has allegedly converted Trust Funds belonging to TR to pay estate creditors. Once again, there is no evidence to

support this accusation.

The funds on hand in the Estate were generated from sale of the Debtor's real property and from a settlement with the Estate's major secured creditor, EDF. As part of the settlement with EDF, a portion of the funds in the Trust were paid to the Estate. Both the sale motion and the settlement motion were approved by the Court (Docket No. 327 and 311). The Debtor appealed both orders. The appeals were ultimately dismissed by the Ninth Circuit Court of Appeal (Docket No. 606). As such, the Orders approving the sale and settlement are final orders.

Prior to the filing of the bankruptcy case, EDF initiated a probate action in the San Diego Superior Court seeking instructions from the Court that its proposed distribution of the Trust Funds was proper. TR objected to the probate petition claiming that the Trust Funds should be disbursed to TR. After the bankruptcy case was filed, the probate case was removed to the Bankruptcy Court as Adversary Case No. 6:16-ap-01131 WJ. On April 30, 2018, the Court entered Judgment against TR finding that TR has no claim to any of the funds in the Trust. A true and correct copy of the Judgment is attached hereto as Exhibit "1" and incorporated herein by reference. This Judgment was never appealed and is a final definitive ruling that TR has no interest in the Trust Funds that Mr. Jones alleges, contrary to the facts and findings by the Court, have been "converted" by the Trustee.

### III.

### CONCLUSION

The "Complaint" filed by Mr. Jones with the Office of the United States Trustee has no merit. It is simply an expression of Mr. Jones' displeasure with the Court's rulings in this case. There is no reason to continue the hearing on the Final Report and applications for compensation as there is no pending investigation or any other reason to delay the administration of this case.

Dated: April 26, 2021

By: _____
Helen R. Frazer
Chapter 7 Trustee

# EXHIBIT "1"

1  | J. BARRETT MARUM, Cal. Bar No. 228628
   | bmarum@sheppardmullin.com
2  | LISA S. YUN, Cal. Bar No. 280812
   | lyun@sheppardmullin.com
3  | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   |     A Limited Liability Partnership
4  | Including Professional Corporations
   | 379 Lytton Avenue
5  | Palo Alto, California 94301-1479
   | Telephone:    (650) 815-2600
6  | Facsimile:    (650) 815-2601

7  | Attorneys for Plaintiff
   | EDF RENEWABLE ENERGY, INC.

8  |

9  | ELISSA D. MILLER, Cal. Bar No. 120029
   | SULMEYER KUPETZ APC
   | emiller@sulmeyerlaw.com
10 | 333 South Hope Street, Thirty-Fifth Floor
   | Los Angeles, California 90071-1406
11 | Telephone: 213.626.2311
   | Facsimile: 213.629.4520
12 | Attorneys for HELEN R. FRAZER, CHAPTER 7
   | TRUSTEE

13 |

14 |                 UNITED STATES BANKRUPTCY COURT

15 |         CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

16 |

17 | In re:                                    | Case No. 6:16-bk-12192 WJ

18 | MARK TECHNOLOGIES                          | Chapter 7
   | CORPORATION.                               | Adv No.: 6:16-ap-01131-WJ

19 |
   |         Debtor.

20 | _____          | **NOTICE OF ENTRY OF DEFAULT
   | EDF RENEWABLE ENERGY, INC.,                | JUDGMENT**

21 |
   |                                            | **[Relates to Doc. Nos. 129 and 134]**
22 |         Plaintiff,
   |         v.

23 | MARK TECHNOLOGIES
   | CORPORATION,
24 |

25 |         Defendant.

26 |

27 |

28 |

1

1    **TO TENDERLAND RENEWABLES, LLC:**

2           **PLEASE TAKE NOTICE** that on April 30, 2018, the Court entered a Default

3    Judgment in the above referenced matter, a true and correct copy of which is attached hereto as

4    **Exhibit 1.**

5    DATED:  April 30, 2018                **Sulmeyer**Kupetz
                                           A Professional Corporation
6

7

8                                          By:  _____ /s/ Elissa D. Miller _____
                                                Elissa D. Miller
9                                               Attorneys for Helen R. Frazer, Chapter Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT 1

1   J. BARRETT MARUM, Cal. Bar No. 228628
    bmarum@sheppardmullin.com
2   LISA S. YUN, Cal. Bar No. 280812
    lyun@sheppardmullin.com
3   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
4   Including Professional Corporations
    379 Lytton Avenue
5   Palo Alto, California 94301-1479
    Telephone:    (650) 815-2600
6   Facsimile:    (650) 815-2601

7   Attorneys for Plaintiff
    EDF RENEWABLE ENERGY, INC.

8
    ELISSA D. MILLER, Cal. Bar No. 120029
9   SULMEYER KUPETZ APC
    emiller@sulmeyerlaw.com
10  333 South Hope Street, Thirty-Fifth Floor
    Los Angeles, California 90071-1406
11  Telephone: 213.626.2311
    Facsimile: 213.629.4520
12  Attorneys for HELEN R. FRAZER, CHAPTER 7
    TRUSTEE

13

14              UNITED STATES BANKRUPTCY COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16                   RIVERSIDE DIVISION

17
    In re:                              Case No. 6:16-bk-12192 WJ
18
    MARK TECHNOLOGIES CORPORATION.
19                                       CHAPTER 7
              Debtor.
20
                                         Adv. Case No.: 6:16-ap-01131-WJ
21  EDF RENEWABLE ENERGY, INC.,
22            Plaintiff,                  **DEFAULT JUDGMENT**
23            v.
24  MARK TECHNOLOGIES CORPORATION,
25            Defendant.
26
27
28

FILED & ENTERED

APR 30 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

1    On April 19, 2018, the Court entered an order granting plaintiff EDF Renewable Energy,

2    Inc.'s ("EDF") and Helen R. Frazer, chapter 7 trustee's ("Trustee") joint motion for default

3    judgment against Tenderland Renewables, LLC ("TR") pursuant to Federal Rule of Civil

4    Procedure 55(b)(1), as incorporated into Federal Rules of Bankruptcy Procedure 7055, [Docket

5    No. 132], and good cause appearing therefore, it is hereby ORDERED, ADJUDGED, and

6    DECREED that:

7        1)    Judgment is entered in favor of EDF and the Trustee.

8        2)    TR shall take nothing in this Action.  TR is not a beneficiary or owner under the

9    Trust, has no beneficial interest in the Trust and has no claim to the funds in the Trust.

10        3)    EDF and the Trustee may submit an application for their costs in this action as

11    permitted under applicable law.

12                                    ###

13

14

15

16

17

18

19

20

21

22

23

24

25

26    Date: April 30, 2018

27                                    Wayne Johnson
                                      United States Bankruptcy Judge

28

SMRH:485611641.2
Adv. No. 6:16-ap-01131-WJ
DEFAULT JUDGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF ENTRY OF DEFAULT JUDGMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 30, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

J. Barrett Marum on behalf of Plaintiff EDF RENEWABLE ENERGY INC
bmarum@sheppardmullin.com, egarcia@sheppardmullin.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;emillersk@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Elissa Miller on behalf of Interested Party Helen R. Frazer, Chapter 7 Trustee
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;emillersk@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, aparisi@wrslawyers.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) April 30, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

EDF Renewable Energy, Inc.
150 East Fourth Street, Suite 500
Cincinnati OH 45202

Office of the United Street Trustee (Administrative)
3801 University Avenue, Suite 720
Riverside, CA 92501

The Honorable Wayne E. Johnson
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 384
Riverside, CA 92501

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 30, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Email**
Mark Jones mark@tenderland.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2018 | Denise Walker | /s/Denise Walker |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

EDM\ 2471236.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

1  J. BARRETT MARUM, Cal. Bar No. 228628
   bmarum@sheppardmullin.com
2  LISA S. YUN, Cal. Bar No. 280812
   lyun@sheppardmullin.com
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
4  Including Professional Corporations
   379 Lytton Avenue
5  Palo Alto, California 94301-1479
   Telephone:    (650) 815-2600
6  Facsimile:    (650) 815-2601

7  Attorneys for Plaintiff
   EDF RENEWABLE ENERGY, INC.
8
   ELISSA D. MILLER, Cal. Bar No. 120029
9  SULMEYER KUPETZ APC
   emiller@sulmeyerlaw.com
10 333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
11 Telephone: 213.626.2311
   Facsimile: 213.629.4520
12 Attorneys for HELEN R. FRAZER, CHAPTER 7
   TRUSTEE
13

14            UNITED STATES BANKRUPTCY COURT

15      CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

16

| | |
|---|---|
| 17 In re:<br><br>18 MARK TECHNOLOGIES<br>CORPORATION.<br><br>19          Debtor. | Case No. 6:16-bk-12192 WJ<br>Chapter 7<br>Adv No.: 6:16-ap-01131-WJ |
| 20 EDF RENEWABLE ENERGY, INC.,<br><br>21          Plaintiff,<br><br>22          v.<br><br>23 MARK TECHNOLOGIES<br>CORPORATION,<br>24<br>25          Defendant. | **AMENDED PROOF OF SERVICE RE:**<br><br>**NOTICE OF ENTRY OF DEFAULT JUDGMENT**<br><br>**[Relates to Doc. Nos. 129 and 134]** |

26

27

28

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF ENTRY OF DEFAULT JUDGMENT</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>April 30, 2018</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

J. Barrett Marum on behalf of Plaintiff EDF RENEWABLE ENERGY INC
bmarum@sheppardmullin.com, egarcia@sheppardmullin.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;emillersk@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Elissa Miller on behalf of Interested Party Helen R. Frazer, Chapter 7 Trustee
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;emillersk@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, aparisi@wrslawyers.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>April 30, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| Mark Jones; Mark Technologies Corporation; and Tenderland Renewables, LLC<br>150 East Fourth Street, Suite 500<br>Cincinnati OH 45202 | Office of the United Street Trustee (Administrative)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501 |
|---|---|
| The Honorable Wayne E. Johnson<br>U.S. Bankruptcy Court<br>3420 Twelfth Street, Suite 384<br>Riverside, CA 92501 | |

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>April 30, 2018</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via Email**
Mark Technologies; Tenderland Renewables, LLC
c/o Mark Jones mark@tenderland.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2018 | Denise Walker | */s/Denise Walker* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

EDM\ 2471236.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2901 W. COAST HIGHWAY, SUITE 200, NEWPORT BEACH, CA 92663

A true and correct copy of the foregoing document entitled (specify): _____
TRUSTEES RESPONSE TO JONES' REQUEST FOR CONTINUANCE AND OBJECTIONS TO TRUSTEES FINAL
REPORT
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date)
_____04/26/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and
determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email
addresses stated below:

US Trustee        ustpregion16.rs.ecf@usdoj.gov
Elissa Miller     emiller@sulmeyerlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _____04/26/2021_____, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge will be completed no later than 24 hours after the document is filed.

Mark Jones; Mark Technologies, Corp.
Tenderland Renewables
9674 Colerain Ave., Suite 314
Cincinnati, OH 45251

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)
__04/26/2021_____, I served the following persons and/or entities by personal delivery, overnight mail service,
or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing
the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later
than 24 hours after the document is filed.

Mark Jones; Mark Technologies Corp.; Tenderland Renewables, LLC      mark@tenderland.com
Abram S. Feuerstein, Asst. United States Trustee      Abram.S.Feuerstein@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

04/26/2021      Helen R. Frazer
Date      Printed Name      Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**