ORIGINAL

# United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

**Tuesday, May 4, 2021**        **Hearing Room    304**

---

<u>1:00 PM</u>
**6:16-12192**    **Mark Technologies Corporation**        **Chapter 7**

   **#1.00**    Hrg re trustee's final report and applications for compensation

Docket     616

**Matter Notes:**

PRESENT:    E. MILLER      M. JONES
                H. FRAZER
                S CHIANG

( )    Motion granted.

( )    Motion denied.

(X)    Fees And Costs Approved Pursuant To The ~~Tentative~~ Ruling. IN COURT

( )    Vacated. Matter is moot due to dismissal or conversion of case.

( )    Continued to _____.

( )    Motion withdrawn.

(X)    Prevailing party shall prepare an order.

( )    Chambers shall prepare an order.

---

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Tuesday, May 4, 2021** | **Hearing Room 304** |

**1:00 PM**
**CONT...**   Mark Technologies Corporation                                                      Chapter 7

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Mark Technologies Corporation          Represented By
                                        Eve H Karasik

**Trustee(s):**

Helen R. Frazer (TR)                    Represented By
                                        Elissa Miller
                                          Sulmeyer Kupetz