| Chapter 7 Trustee Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Helen Frazer<br>2901 W. Coast Highway<br>Suite 200<br>Newport Beach, CA 92663<br>(949) 500-6108 Phone<br><br>☐ Attorney for chapter 7 trustee<br>☒ Chapter 7 trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 06 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gooch    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| In re:<br><br>MARK TECHNOLOGIES CORPORATION,<br><br><br><br><br><br><br><br><br><br><br>                                                                                                                     Debtor(s). | CASE NO.: 6:16-bk-12192-WJ<br><br>CHAPTER: 7 |
|---|---|
| | **ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]** |
| | DATE:             May 4, 2021<br>TIME:             1:00 p.m.<br>COURTROOM: 304<br>ADDRESS:      3420 12th Street<br>                           Riverside, CA  92501 |

   The trustee has filed a final report which includes a request for allowance of administrative claims including professional fees and costs.  The trustee provided notice of the requested professional fees and costs and a hearing occurred on May 4, 2021 at 1:00 p.m.  All appearances were noted on the record.

   Accordingly, the Court hereby ORDERS as follows:

   1.    Fees and expenses of the trustee, Helen R. Frazer, and her professionals are allowed in the following amounts:

HELEN R. FRAZER, CHAPTER 7 TRUSTEE

|  | TOTAL FINAL REQUEST | TOTAL ALLOWED | PAID TO DATE | REMAINING TO BE PAID |
|---|---|---|---|---|
| FEES: | $ 130,417.99 | $130,417.99 | $    0.00 | $ 130,417.99 |
| EXPENSES: | $      402.81 | $      402.81 | $    0.00 | $      402.81 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                      Page 1                        **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

SULMEYER KUPETZ, COUNSEL FOR HELEN R. FRAZER, CHAPTER 7 TRUSTEE

|  | TOTAL FINAL REQUEST | TOTAL ALLOWED | PAID TO DATE | REMAINING TO BE PAID |
|---|---|---|---|---|
| FEES: | $ 542,340.72 | $542,340.72 | $ 0.00 | $ 542,340.72 |
| EXPENSES: | $ 19,410.03 | $ 19,410.03 | $ 0.00 | $ 19,410.03 |

BAKER TILLY fka SQUAR MILNER LLP, ACCOUNTANTS FOR HELEN R. FRAZER, CHAPTER 7 TRUSTEE

|  | TOTAL FINAL REQUEST | TOTAL ALLOWED | PAID TO DATE | REMAINING TO BE PAID |
|---|---|---|---|---|
| FEES: | $ 95,169.36 | $ 95,169.36 | $ 0.00 | $ 95,169.36 |
| EXPENSES: | $ 556.91 | $ 556.91 | $ 0.00 | $ 556.91 |

CHAPTER 11 FEES PRIOR TO CONVERSION – TODD TUROCI, THE TUROCI FIRM COUNSEL FOR DEBTOR

|  | TOTAL FINAL REQUEST | TOTAL ALLOWED | PAID TO DATE | REMAINING TO BE PAID |
|---|---|---|---|---|
| FEES: | $ 31,379.50 | $ 31,379.50 | $ 0.00 | $ 31,379.50 |
| EXPENSES: | $ 1,337.47 | $ 1,337.47 | $ 0.00 | $ 1,337.47 |

These fees and costs are hereby allowed on a final basis as actual, reasonable and necessary expenses of preserving the bankruptcy estate that have conferred a substantial benefit upon the estate.

If the final dividend to creditors is the same or higher than proposed in the trustee's final report, the trustee shall proceed with the final distribution to creditors and professionals. The trustee may proceed with making distributions and the distribution to creditors and professionals shall occur at the same time and no later than ninety days from the entry of this order.

###

Date: May 6, 2021

Wayne Johnson
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**