Helen Frazer, Bar No. 92627
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Telephone: (949) 500-6108



Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| In re: | CASE NO. 16-12192-WJ |
|---|---|
| MARK TECHNOLOGIES CORPORATION | CHAPTER 7 |
| | **TRANSMITTAL OF COURT COSTS** |
| Debtor(s) | (NO HEARING REQUIRED) |

### TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Check Number 1008 in the amount of $350.00 is remitted as payment of Miscellaneous Court Costs as ordered by this Court.

### BREAKDOWN OF MISCELLANEOUS COSTS:

Complaint

Total Costs: $350.00

Dated: May 6, 2021         /s/ Helen Frazer
                           Helen Frazer, Chapter 7 Trustee

M1  5/10/21