**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

In re: MARK TECHNOLOGIES CORPORATION   §   Case No. 6:16-bk-12192-WJ
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Helen Frazer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $13,120,342.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,641,000.55 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $1,091,971.71 | | |

3) Total gross receipts of $3,732,972.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,732,972.26 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $24,962,169.91 | $27,652,655.70 | $2,387,661.21 | $2,387,661.21 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,082,821.66 | $1,059,254.74 | $1,059,254.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $118,386.94 | $32,716.97 | $32,716.97 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $3,339.34 | $3,339.34 | $3,339.34 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $8,483,370.91 | $25,110,670.34 | $1,948,141.41 | $250,000.00 |
| **TOTAL DISBURSEMENTS** | $33,445,540.82 | $53,967,873.98 | $5,431,113.67 | $3,732,972.26 |

4) This case was originally filed under chapter 11 on 03/11/2016, and it was converted to chapter 7 on 05/04/2016.  The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/26/2021         By: /s/ Helen  Frazer
                                Trustee , Bar No.: 92627

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 12501 WHITEWATER CANYON, WHITEWATER, CA 92282-APN 516-020-001-3 | 1110-000 | $3,180,152.98 |
| INCOME FROM ALTA MESA POWER CONTRACT DATED 8/4/1988 | 1121-000 | $523,992.80 |
| PROPERTY TAXES/PRORATIONS (SALE OF ASSET NO. 10) | 1290-000 | $152.98 |
| SANCTIONS RECEIVED | 1290-000 | $28,673.50 |
| **TOTAL GROSS RECEIPTS** | | **$3,732,972.26** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | A&A ESCROW SERVICES INC | 4110-000 | NA | $1,300,152.98 | $1,300,152.98 | $1,300,152.98 |
|  | A&A ESCROW SERVICES INC | 4110-000 | NA | $607,785.65 | $607,785.65 | $607,785.65 |
|  | A&A ESCROW SERVICES INC | 4110-000 | NA | $479,722.58 | $479,722.58 | $479,722.58 |
| 6 | EDF RENEWABLE ENERGY, INC | 4110-000 | $1,222,037.49 | $23,445,598.32 | $0.00 | $0.00 |
| 12 | INVESTEK PROPERTIES COMPANY | 4110-000 | $1,600,000.00 | $1,813,458.60 | $0.00 | $0.00 |
| 14 | NON-EXEMPT MARTIAL TRUST, JANET TOHL TRUSTEE | 4110-000 | NA | $5,937.57 | $0.00 | $0.00 |
| N/F | EDF Renewable Energy inc | 4110-000 | $20,938,917.51 | NA | NA | NA |
| N/F | EDF Renewable Energy, Inc. | 4110-000 | $40,421.37 | NA | NA | NA |
| N/F | Earth Constraction & Mining, Inc | 4110-000 | $386,931.18 | NA | NA | NA |
| N/F | Earth Construction & Mining, Inc. | 4110-000 | $386,931.18 | NA | NA | NA |
| N/F | Earth construction& Mining inc | 4110-000 | $386,931.18 | NA | NA | NA |
|  | **TOTAL SECURED** |  | **$24,962,169.91** | **$27,652,655.70** | **$2,387,661.21** | **$2,387,661.21** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Helen Frazer | 2100-000 | NA | $130,417.99 | $130,417.99 | $130,417.99 |
| Trustee, Expenses - Helen Frazer | 2200-000 | NA | $402.81 | $402.81 | $402.81 |
| Auctioneer Fees - A&A ESCROW SERVICES INC | 3610-000 | NA | $180,000.00 | $180,000.00 | $180,000.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $1,659.58 | $1,659.58 | $1,659.58 |
| Costs re Sale of Property - A&A ESCROW SERVICES INC | 2500-000 | NA | $4,302.00 | $4,302.00 | $4,302.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $18,011.81 | $18,011.81 | $18,011.81 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $13,929.16 | $13,929.16 | $13,929.16 |
| Other State or Local Taxes (post-petition) - A&A ESCROW SERVICES INC | 2820-000 | NA | $48,342.75 | $48,342.75 | $48,342.75 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $4,036.62 | $4,036.62 | $4,036.62 |
| Attorney for Trustee Fees (Other Firm) - SULMEYER KUPETZ | 3210-000 | NA | $562,389.50 | $542,340.72 | $542,340.72 |
| Attorney for Trustee Expenses (Other Firm) - SULMEYER KUPETZ | 3220-000 | NA | $19,410.03 | $19,410.03 | $19,410.03 |
| Accountant for Trustee Fees (Other Firm) - BAKER TILLY FKA SQUAR MILNER LLP | 3410-000 | NA | $98,687.50 | $95,169.36 | $95,169.36 |
| Accountant for Trustee Expenses (Other Firm) - BAKER TILLY FKA SQUAR MILNER LLP | 3420-000 | NA | $556.91 | $556.91 | $556.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,082,821.66 | $1,059,254.74 | $1,059,254.74 |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - TODD TUROCI THE TUROCI FIRM | 6210-160 | NA | $60,669.97 | $0.00 | $0.00 |
| Attorney for D-I-P Fees - TODD TUROCI | 6210-160 | NA | $54,662.50 | $31,379.50 | $31,379.50 |
| Attorney for D-I-P Expenses - TODD TUROCI | 6220-170 | NA | $3,054.47 | $1,337.47 | $1,337.47 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$118,386.94** | **$32,716.97** | **$32,716.97** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | FRANCHISE TAX BOARD | 5800-000 | NA | $3,339.34 | $3,339.34 | $3,339.34 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$3,339.34** | **$3,339.34** | **$3,339.34** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | FRANCHISE TAX BOARD | 7100-000 | NA | $418.35 | $418.35 | $53.69 |
| 3 | MAKAY BURTON AND THURMAN PC | 7100-000 | $152,927.69 | $158,560.99 | $158,560.99 | $20,347.73 |
| 4 | THOMPSON, WELCH, SOROKO & GILBERT LLP | 7100-000 | $65,351.74 | $70,515.24 | $70,515.24 | $9,049.04 |
| 5 | ALTA MESA PHASE III PARTNERS | 7100-000 | $1,222,037.49 | $1,179,281.30 | $0.00 | $0.00 |
| 7 | ALTA MESA FINANCE LLC | 7100-000 | $1,222,037.49 | $17,879,000.00 | $0.00 | $0.00 |
| 8 | TENDERLAND RENEWABLES, LLC | 7100-000 | $886,756.00 | $2,495,578.98 | $0.00 | $0.00 |
| 9 | MARKWIND POWER CORPORATION | 7100-000 | NA | $1,069,966.01 | $0.00 | $0.00 |
| 10 | MONARCH VENTURES GROUP, LLC | 7100-000 | $538,703.00 | $538,702.64 | $0.00 | $0.00 |
| 11 | UTAH RESOURCES INTERNATIONAL | 7100-000 | $1,527,406.96 | $1,718,646.83 | $1,718,646.83 | $220,549.54 |
| N/F | Alta Mesa Phase III Partners | 7100-000 | $40,421.37 | NA | NA | NA |
| N/F | Best Best & Krieger, LLP | 7100-000 | $49,423.89 | NA | NA | NA |
| N/F | EDF Renewable Energy, Inc | 7100-000 | $1,222,037.49 | NA | NA | NA |
| N/F | EDF Renewable Energy, Inc | 7100-000 | $1,222,037.49 | NA | NA | NA |
| N/F | EDF Renewable Energy, Inc | 7100-000 | $2,740.00 | NA | NA | NA |
| N/F | EDF Renewable Energy, Inc | 7100-000 | $40,421.37 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | EDF Renewable Energy, Inc | 7100-000 | $40,421.37 | NA | NA | NA |
| N/F | EDF Renewable Energy, Inc | 7100-000 | $40,421.37 | NA | NA | NA |
| N/F | EDF Renewable Services, Inc. | 7100-000 | $40,421.37 | NA | NA | NA |
| N/F | EDF Renewable Services, Inc. | 7100-000 | $40,421.37 | NA | NA | NA |
| N/F | EDF Renewable Windfarm, IV. Inc. | 7100-000 | $40,421.37 | NA | NA | NA |
| N/F | Law Office of Gary R. Kershner | 7100-000 | $88,962.08 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$8,483,370.91** | **$25,110,670.34** | **$1,948,141.41** | **$250,000.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 6:16-bk-12192-WJ  
**Case Name:** MARK TECHNOLOGIES CORPORATION  
**For Period Ending:** 07/26/2021

**Trustee Name:** (001120) Helen Frazer  
**Date Filed (f) or Converted (c):** 05/04/2016 (c)  
**§ 341(a) Meeting Date:** 06/02/2016  
**Claims Bar Date:** 09/06/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND<br>NO VALUE TO THE ESTATE. | 249.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT ACCOUNT AT WELLS FARGO BANK, 5290<br>NO VALUE TO THE ESTATE. | 93.00 | 0.00 | | 0.00 | FA |
| 3 | PRIME MONEY MARKET ACCOUNT ACCOUNT AT VANGUARD, 2838<br>NO VALUE TO THE ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | A/R OVER 90 DAYS OLD<br>NO VALUE TO THE ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | CUSTOM CRAFT WORK TRAILER<br>NO VALUE TO THE ESTATE. | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | MET TOWERS | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | 42 VESTAS V27, 225 KW WIND TURBINES<br>INCLUDED IN THE SALE OF ASSET 10, PER COURT ORDER ENTERED 2/23/17 (DOC 311). | 840,000.00 | 840,000.00 | | 0.00 | FA |
| 8 | 117 DANWIN 23E, 160 KWWIND TURBINES<br>INCLUDED IN THE SALE OF ASSET 10, PER COURT ORDER ENTERED 2/23/17 (DOC 311). | 1,170,000.00 | 1,170,000.00 | | 0.00 | FA |
| 9 | 12501 WHITEWATER CANYON, WHITEWATER, CA 92282-APN 516-020-002-4<br>INCLUDED IN THE SALE OF ASSET 10, PER COURT ORDER ENTERED 2/23/17 (DOC 311). | 1,000,000.00 | 1,000,000.00 | | 0.00 | FA |
| 10 | 12501 WHITEWATER CANYON, WHITEWATER, CA 92282-APN 516-020-001-3<br>THE SALE OF THIS ASSET INCLUDED ASSET 7, 8, 9, 10, 11, 12, 13, & 14, PER COURT ORDER ENTERED 2/23/17 (DOC 311). | 11,000,000.00 | 3,180,000.00 | | 3,180,152.98 | FA |
| 11 | RIVERSIDE COUNTY-APN 516-060-018-3<br>INCLUDED IN THE SALE OF ASSET 10, PER COURT ORDER ENTERED 2/23/17 (DOC 311). | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 12 | RIVERSIDE COUNTY-APN 516-060-019-4<br>INCLUDED IN THE SALE OF ASSET 10, PER COURT ORDER ENTERED 2/23/17 (DOC 311). | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 13 | RIVERSIDE COUNTY-APN 516-060-021-5<br>INCLUDED IN THE SALE OF ASSET 10, PER COURT ORDER ENTERED 2/23/17 (DOC 311). | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 14 | RIVERSIDE COUNTY-APN 516-060-022-6<br>INCLUDED IN THE SALE OF ASSET 10, PER COURT ORDER ENTERED 2/23/17 (DOC 311). | 25,000.00 | 25,000.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 6:16-bk-12192-WJ
**Case Name:** MARK TECHNOLOGIES CORPORATION
**For Period Ending:** 07/26/2021

**Trustee Name:** (001120) Helen Frazer
**Date Filed (f) or Converted (c):** 05/04/2016 (c)
**§ 341(a) Meeting Date:** 06/02/2016
**Claims Bar Date:** 09/06/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | PENDING LITIGATION EDF CLAIMS (BREACH OF CONTRACT)<br>SETTLED PER COURT ORDER ENTERED 2/23/17 (DOC 311). | 10,000,000.00 | 10,000,000.00 | | 0.00 | FA |
| 16 | TRAILER LICENSE ISSUED BY HOUSING AND COMMUNITY DEVELOPMENT<br>NO VALUE TO THE ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | INCOME FROM ALTA MESA POWER CONTRACT DATED 8/4/1988 | Unknown | 523,992.80 | | 523,992.80 | FA |
| 18 | LEASEHOLD INTEREST IN REAL PROPERTY BETWEEN METROPOLITAN WATER DISTRICT AND MARK TECHNOLOGIES CORPORATION R.L. 1899 EXPIRES 4/30/2035. AMOUNT REQUESTED: $0 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | PROPERTY TAXES/PRORATIONS (SALE OF ASSET NO. 10) (u)<br>2ND HALF TAXES 2016-2017, SALE OF ASSET NO. 10, SEE CLOSING STATEMENT. | 152.98 | 152.98 | | 152.98 | FA |
| 20 | SANCTIONS RECEIVED (u)<br>FUNDS RECEIVED ADV 6:16-ap-01131-WJ - ORDER REGARDING TWO MOTIONS AGAINST MARK JONES, TENDERLAND RENEWABLES, LLC, ALTA MESA FINANCE, LLC, GOE & FORSYTHE, LLP AND ROBERT P. GOE (C.O. ENTERED 2/22/18 - DOC 118) | 28,673.50 | 28,673.50 | | 28,673.50 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$24,149,168.48** | **$16,842,819.28** | | **$3,732,972.26** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 6:16-bk-12192-WJ      **Trustee Name:** (001120) Helen Frazer

**Case Name:** MARK TECHNOLOGIES CORPORATION      **Date Filed (f) or Converted (c):** 05/04/2016 (c)

     **§ 341(a) Meeting Date:** 06/02/2016

**For Period Ending:** 07/26/2021      **Claims Bar Date:** 09/06/2016

**Major Activities Affecting Case Closing:**

TIR UPDATE: 9/30/20 - THE TRUSTEE IS IN THE PROCESS OF CLOSING THIS CASE. A CASH DISBURSEMENT MOTION WAS FILED TO OBTAIN APPROVAL FROM THE COURT TO PAY TAXES. ONCE THE TAX CLEARANCE LETTER IS RECEIVED, THE TFR WILL BE SUBMITTED.

TIR UPDATE: 9/30/19 - THE ORDERS APPROVING THE SALE OF ESTATE ASSETS AND THE SETTLEMENT WITH THE ESTATE'S LARGEST CREDITOR ARE ON APPEAL IN THE NINTH CIRCUIT COURT OF APPEALS. BRIEFING IS IN PROCESS. THE CLOSING PROCESS WILL COMMENCE ONCE THE APPEALS ARE RESOLVED.

TIR UPDATE: 9/30/18 - THE DEBTOR'S APPEALS OF THE ORDERS GRANTING THE SALE AND ABANDONMENT ARE PRESENTLY PENDING IN THE NINTH CIRCUIT COURT OF APPEALS. THE CLOSING PROCESS WILL COMMENCE ONCE THE APPEALS ARE RESOLVED.

TIR UPDATE: 9/30/17 - PURSUANT TO AN ORDER ENTERED 2/28/17, THE DEBTOR'S REAL PROPERTY AND WINDMILL OPERATIONS WERE SOLD TO A THIRD PARTY. THE DEBTOR HAS APPEALED THE SALE ORDER AND THE DENIAL OF ITS ORDER COMPELLING THE TRUSTEE TO ABANDON THE PROPERTY. THE SALE ESCROW CLOSED AFTER DEBTOR'S MOTIONS FOR A STAY PENDING APPEAL WERE DENIED. THE APPEALS ARE PENDING AND ARE IN THE BRIEFING STAGE.

TIR UPDATE: 9/30/16 - THIS CASE ORIGINALLY A CHAPTER 11 CASE CONVERTED TO CHAPTER 7 ON 5/4/16. THE DEBTOR OWNS REAL PROPERTY ON WHICH THERE ARE WIND TURBINES WHICH GENERATE ELECTRICAL POWER. THE TRUSTEE HAS RETAINED WORLD WIND ENERGY (WWS) TO OPERATE THE WIND FARM WITH THE EXPENSES OF OPERATION TO BE PAID BY THE MAJOR SECURED CREDITOR, EDF. THE TRUSTEE RETAINED AN AUCTIONEER TO MARKET THE ASSETS OF THE ESTATE. SALE OF THE PROPERTY IS PENDING.

INTERIM REPORTING PERIOD THROUGH 9/30/16

5/4/16 - NOTICE OF APPOINTMENT & ACCEPTANCE OF TRUSTEE
6/1/16 - NOTICE OF ASSETS & REQUEST FOR CLAIMS BAR DATE
9/6/16 - CLAIMS BAR DATE

6/8/16 - APPLICATION TO EMPLOY COUNSEL - SULMEYER KUPETZ (ELISSA MILLER)
6/16/16 - MOTION FOR AUTHORITY TO OPERATE DEBTOR'S BUSINESS, EMPLOY PARAPROFESSIONAL, APPROVE STIP
6/21/16 - NOTICE OF MOTION FOR AUTHORITY TO OPERATE BUSINESS, EMPLOY PARA-PROF WORLD WIND SOLAR
6/24/16 - NOTICE OF HEARING RE NOTICE OF SETTING HEARING & DEADLINES TO RESPOND TO TRUSTEE'S MOTION
7/14/16 - ORDER GRANTING EMPLOYMENT OF COUNSEL
7/14/16 - ORDER GRANTING TRUSTEE'S MOTION TO OPERATE BUSINESS, ETC.
7/21/16 - APPLICATION TO EMPLOY BRAUN, INC. AS MARKETING & SALES AGENT AND AUCTIONEER
8/2/16 - ACCOUNTANTS RETAINED - SQUAR MILNER
8/12/16 - NOTICE OF APP TO EMPLOY ACCOUNTANTS
8/24/16 - ORDER APPROVING EMPLOYMENT OF BRAUN
8/30/16 - MOTION TO APPROVE SALE AND CONFIRM SALE TO WINNING BIDDER
9/20/16 - HEARING RE MOTION TO APPROVE SALE
9/22/16 - ORDER APPROVING SALE PROCEDURES
9/30/16 - ORDER APPROVING EMPLOYMENT OF ACCOUNTANTS

INTERIM REPORTING PERIOD THROUGH 9/30/17

10/14/16 - MOTION TO SELL PROPERTY OF THE ESTATE
10/25/16 - HRG RE MOTION TO SELL PROPERTY OF THE ESTATE
11/29/16 - CONTINUED HEARING RE MOTION TO SELL PROPERTY OF THE ESTATE

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

**Case No.:** 6:16-bk-12192-WJ  
**Case Name:** MARK TECHNOLOGIES CORPORATION  
**For Period Ending:** 07/26/2021

**Trustee Name:** (001120) Helen Frazer  
**Date Filed (f) or Converted (c):** 05/04/2016 (c)  
**§ 341(a) Meeting Date:** 06/02/2016  
**Claims Bar Date:** 09/06/2016

12/6/16 - SUPPLEMENT TO MOTION TO APPROVE SETTLEMENT  
12/13/16 - MONTHLY OPERATING REPORT  
1/11/17 - MOTION FOR SANCTIONS AGAINST MARK JONES, ET AL.  
1/12/17 - AMENDED NOTICE OF HEARING RE MOTION FOR SANCTIONS (2/7/17 HRG DATE)  
1/16/17 - MONTHLY OPERATING REPORT FILED  
1/24/17 - HEARING RE MOTION TO CONFIRM SALE OF ASSET  
2/15/17 - STATUS REPORT FILED  
2/23/17 - CONTINUED HRG RE MOTION TO APPROVE COMPROMISE  
2/23/17 - ORDER APPROVING SALE OF ASSETS & SETTLEMENT AGREEMENT WITH LIEN CREDITORS  
2/24/17 - MOTION TO SELL PROPERTY OF THE ESTATE  
3/3/17 - ALL MATTERS SET FOR HRG & RELATED ADV PROCEEDINGS HRG  
3/3/17 - MEMORANDUM OF DECISION DENYING BOTH MOTIONS FOR STAY PENDING APPEAL  
4/14/17 - HRG RE ALL MATTERS IN THIS BK AND ADV PROCEEDING  
6/30/17 - STATUS REPORT OF SALE OF PROPERTY  
7/5/17 - NOTICE OF ABANDONMENT OF STATE COURT APPEAL  
7/28/17 - STATUS CONFERENCE  
8/18/17 - STATUS CONFERENCE  

INTERIM REPORTING PERIOD THROUGH 9/30/18

9/1/17 - STATUS CONFERENCE  
11/1417 - MOTION ESTABLISHING DEADLINE FOR FILING ADMIN CLAIMS  
12/15/17 - ORDER ESTABLISHING DEADLINE FOR FILING ADMIN CLAIMS  
12/20/17 - MOTION TO APPROVE COMPROMISE -STIP RE ALLOCATION OF FUNDS  
1/4/18 - ORDER GRANTING MOTION TO APPROVE STIP RE ALLOCATION OF TRUST FUNDS  
2/22/18 - OBJECTIONS TO CLAIMS 7, 8, 9, 10  
2/28/18 - DEADLINE FOR CREDITORS AND PARTIES IN INTEREST TO FILE ADMIN CLAIMS  
3/15/18 - STATUS CONFERENCE  
3/27/18 - HRG RE OBJECTIONS TO CLAIMS 7, 8, 9, 10  
4/17/18 - CASH DISBURSEMENT MOTION TO PAY STATE TAXES  
5/7/18 - ORDER APPROVING CASH DISB MOTION  
5/89/18 - HRGS RE OBJECTIONS TO CLAIMS 7, 8, 9, 10  
5/9/18 - ORDER GRANTING OBJECTIONS TO CLAIMS 7, 8, 9, 10  

INTERIM REPORTING PERIOD THROUGH 9/30/19

10/1/18 - CASH DISBURSEMENT MOTION TO PAY TAXES DUE TO THE FTB  
10/12/18 - DECL RE NON-OPPOSITION TO CDM  
10/12/18 - ORDER GRANTING CDM, PYMT TO FTB  
4/1/19 - FTB PYMT FOR 2019 SENT  
8/15/19 - PRE-TRIAL CONFERENCE  
8/22/19 - STATUS REPORT FILED  
8/29/19 - STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE  
9/2/19 - BRIEF IS DUE TO THE 9TH CIRCUIT  

INTERIM REPORTING PERIOD THROUGH 9/30/20

2/27/20 - STATUS CONFERENCE  
9/17/20 - CONTINUED STATUS CONFERENCE  
9/17/20 - SERVED CASH DISBURSEMENT MOTION TO PAY FTB TAXES  
10/5/20 - DECL RE NON-OPPOSITION TO CDM  
10/5/20 - LODGED ORDER APPROVING CDM  
10/6/20 - REQUEST FOR COURT COSTS  
10/6/20 - NOTICE TO PROFESSIONALS TO FILE FEE APPS  
9/17/20 - RE-SERVED CASH DISBURSEMENT MOTION TO PAY FTB TAXES  

INTERIM REPORTING PERIOD THROUGH 9/30/21

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 5

**Case No.:** 6:16-bk-12192-WJ  
**Case Name:** MARK TECHNOLOGIES CORPORATION  
**For Period Ending:** 07/26/2021

**Trustee Name:** (001120) Helen Frazer  
**Date Filed (f) or Converted (c):** 05/04/2016 (c)  
**§ 341(a) Meeting Date:** 06/02/2016  
**Claims Bar Date:** 09/06/2016

11/3/20 - ORDER APPROVING CASH DISBURSEMENT MOTION
11/3/20 - FINAL TAX RETURNS SENT
11/9/20 - STATUS REPORT FILED
11/19/20 - CONTINUED STATUS CONFERENCE
12/28/20 - TAX CLEARANCE LETTER RECEIVED
2/10/21 - TFR SUBMITTED
2/25/21 - CONTINUED STATUS CONFERENCE
5/4/21 - TFR HRG
5/6/21 - ORDER ALLOWING ENTERED
7/1/21 - TDR SUBMITTED

**Initial Projected Date Of Final Report (TFR):** 12/31/2017    **Current Projected Date Of Final Report (TFR):** 02/10/2021 (Actual)

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 6:16-bk-12192-WJ | Trustee Name: | Helen Frazer (001120) |
|---|---|---|---|
| Case Name: | MARK TECHNOLOGIES CORPORATION | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7471 | Account #: | ******1700 Checking |
| For Period Ending: | 07/26/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/17 | | A&A ESCROW SERVICES INC | SALE OF ASSETS 7, 8, 9, 10, 11, 12, 13 & 14, PER COURT ORDER ENTERED 2/23/17 (DOC 311). | | 560,000.00 | | 560,000.00 |
| | | | PAYOFF - INVESTEK  -$1,300,152.98 | 4110-000 | | | |
| | | | PAYOFF - ECM  -$479,722.58 | 4110-000 | | | |
| | {19} | | PRORATIONS/ADJUSTMENTS  $152.98 | 1290-000 | | | |
| | | | BROWN STEVENS ELMORE & SPARRE BUYER'S PREMIUM PAID TO BROKERS  -$60,000.00 | 3610-000 | | | |
| | | | BRAUN INC. BUYER'S PREMIUM PAID TO BROKERS  -$120,000.00 | 3610-000 | | | |
| | | | RECORDING RELEASES  -$148.00 | 2500-000 | | | |
| | | | DELINQUENT TAXES 2016-2017  -$335.13 | 2820-000 | | | |
| | | | DELINQUENT TAXES 2016-2017  -$281.29 | 2820-000 | | | |
| | | | DELINQUENT TAXES 2016-2017  -$281.29 | 2820-000 | | | |
| | | | DELINQUENT TAXES 2016-2017  -$281.29 | 2820-000 | | | |
| | | | DELINQUENT TAXES 2016-2017  -$26,091.69 | 2820-000 | | | |
| | | | DELINQUENT TAXES 2016-2017  -$3,247.39 | 2820-000 | | | |
| | | | DEFAULTED TAXES THRU JUNE  -$245.46 | 2820-000 | | | |
| | | | DEFAULTED TAXES THRU JUNE  -$214.56 | 2820-000 | | | |
| | | | DEFAULTED TAXES THRU JUNE  -$214.56 | 2820-000 | | | |
| | | | DEFAULTED TAXES THRU JUNE  -$214.56 | 2820-000 | | | |
| | | | DEFAULTED TAXES THRU JUNE  -$15,019.68 | 2820-000 | | | |
| | | | DEFAULTED TAXES THRU JUNE  -$1,915.85 | 2820-000 | | | |
| | | | ESCROW FEE  -$3,975.00 | 2500-000 | | | |

Page Subtotals:    $560,000.00    $0.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 6:16-bk-12192-WJ | Trustee Name: | Helen Frazer (001120) |
|---|---|---|---|
| Case Name: | MARK TECHNOLOGIES CORPORATION | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7471 | Account #: | ******1700 Checking |
| For Period Ending: | 07/26/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | 1099 PROCESSING FEE -$75.00 | 2500-000 |  |  |  |
|  |  |  | DOCUMENTATION FEE -$75.00 | 2500-000 |  |  |  |
|  |  |  | ARCHIVE FEE -$29.00 | 2500-000 |  |  |  |
|  |  |  | NET PROCEEDS TO EDF -$607,785.65 | 4110-000 |  |  |  |
|  | {10} | A&A ESCROW SERVICES INC | TOTAL CONSIDERATION $3,180,152.98 | 1110-000 |  |  |  |
| 07/12/17 | 101 | INTERNATIONAL SURETIES, LTD | BOND 016030866 INCREASE EFFECTIVE 7/10/17 PER LBR 2016-2 | 2300-000 |  | 21.45 | 559,978.55 |
| 07/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 510.12 | 559,468.43 |
| 08/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 885.23 | 558,583.20 |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 776.65 | 557,806.55 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 855.81 | 556,950.74 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 801.09 | 556,149.65 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 773.27 | 555,376.38 |
| 01/22/18 | 102 | INTERNATIONAL SURETIES, LTD | BOND #016030866 TERM 1/4/18-1/4/19 PER LBR 2016-2 | 2300-000 |  | 292.78 | 555,083.60 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 878.69 | 554,204.91 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 743.99 | 553,460.92 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 796.07 | 552,664.85 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 768.43 | 551,896.42 |
| 05/08/18 | 103 | FRANCHISE TAX BOARD | TIN: 94-2807471, 2018 FORM 100-ES PER C.O. ENTERED 5/7/18 | 2820-000 |  | 800.00 | 551,096.42 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 873.20 | 550,223.22 |
| 06/27/18 | 104 | INTERNATIONAL SURETIES, LTD | BOND 016030866 INCREASE EFFECTIVE PER LBR 2016-2 | 2300-000 |  | 20.53 | 550,202.69 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 765.03 | 549,437.66 |
| 07/20/18 | {17} | EDF RENEWABLE ENERGY INC. / M AND T BANK | EDF RENEWABLE ENER 20180720B2Q8921C00 1335 | 1121-000 | 523,992.80 |  | 1,073,430.46 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 1,119.32 | 1,072,311.14 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 1,593.77 | 1,070,717.37 |

Page Subtotals:    $523,992.80    $13,275.43

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2 Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 6:16-bk-12192-WJ | Trustee Name: | Helen Frazer (001120) |
|---|---|---|---|
| Case Name: | MARK TECHNOLOGIES CORPORATION | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7471 | Account #: | ******1700 Checking |
| For Period Ending: | 07/26/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/13/18 | 105 | INTERNATIONAL SURETIES, LTD | INCREASE BLANKET BOND 016030866 EXPIRES 1/4/19 PER LBR 2016-2 | 2300-000 |  | 34.38 | 1,070,682.99 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 821.37 | 1,069,861.62 |
| 10/12/18 | 106 | FRANCHISE TAX BOARD | 2018 FORM 100-ES, CA CORP NO. 1106682, TIN: 94-2807471, PER C.O. ENTERED 10/12/18 | 2820-000 |  | 800.00 | 1,069,061.62 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 967.12 | 1,068,094.50 |
| 02/04/19 | 107 | INTERNATIONAL SURETIES, LTD | Bond # 015030855 TERM: 1/04/19 to 1/04/20 PER LBR 2016-2 | 2300-000 |  | 493.45 | 1,067,601.05 |
| 04/01/19 | 108 | FRANCHISE TAX BOARD | 2019 FORM 100-ES, CA CORP NO. 1106682, TIN: 94-2807471, PER C.O. ENTERED 10/12/18 | 2820-000 |  | 800.00 | 1,066,801.05 |
| 04/10/19 |  | Transfer Debit to Metropolitan Commercial Bank acct ******3983 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX3983 | 9999-000 |  | 1,066,801.05 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS |  | 1,083,992.80 | 1,083,992.80 | $0.00 |
| Less: Bank Transfers/CDs |  | 0.00 | 1,066,801.05 |  |
| Subtotal |  | 1,083,992.80 | 17,191.75 |  |
| Less: Payments to Debtors |  |  | 0.00 |  |
| NET Receipts / Disbursements |  | $1,083,992.80 | $17,191.75 |  |

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 6:16-bk-12192-WJ | Trustee Name: | Helen Frazer (001120) |
|---|---|---|---|
| Case Name: | MARK TECHNOLOGIES CORPORATION | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7471 | Account #: | ******3983 Checking Account |
| For Period Ending: | 07/26/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/19 |  | Transfer Credit from Rabobank, N.A. acct ******1700 | Transition Credit from Rabobank, N.A. acct XXXXXX1700 | 9999-000 | 1,066,801.05 |  | 1,066,801.05 |
| 01/21/20 | 1000 | INTERNATIONAL SURETIES, LTD | BOND 016030866, TERM: 1/4/20-1/4/21, PER LBR 2016-2 | 2300-000 |  | 178.48 | 1,066,622.57 |
| 03/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 852.42 | 1,065,770.15 |
| 04/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,703.48 | 1,064,066.67 |
| 05/29/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,644.06 | 1,062,422.61 |
| 06/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,811.34 | 1,060,611.27 |
| 07/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,751.74 | 1,058,859.53 |
| 08/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,636.02 | 1,057,223.51 |
| 09/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,802.65 | 1,055,420.86 |
| 10/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,686.94 | 1,053,733.92 |
| 11/03/20 | 1001 | FRANCHISE TAX BOARD | 2020 FORM 100-ES, CA CORP NO. 1106682 EIN 94-2807471, PER C.O. ENTERED 11-3-2020 | 2820-000 |  | 800.00 | 1,052,933.92 |
| 11/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,627.46 | 1,051,306.46 |
| 12/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,848.57 | 1,049,457.89 |
| 01/15/21 | {20} | Helen Frazer, Chapter 7 Trustee for Mark Technologies | WIRE FROM SULMEYER KUPETZ - Sanctions Per C.O. entered 2/22/18 (Doc 118) | 1290-000 | 28,673.50 |  | 1,078,131.39 |
| 01/19/21 | 1002 | INTERNATIONAL SURETIES, LTD | BOND NO.: 16229732 TERM: 1/4/21-1/4/22 PER LBR 2016-2 | 2300-000 |  | 618.51 | 1,077,512.88 |
| 01/29/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,647.13 | 1,075,865.75 |
| 05/06/21 | 1003 | FRANCHISE TAX BOARD | Dividend paid at 12.83% of $418.35 = $53.69; Claim #2U | 7100-000 |  | 53.69 | 1,075,812.06 |
| 05/06/21 | 1004 | MAKAY BURTON AND THURMAN PC | Dividend paid at 12.83% of $158,560.99 = $20,347.73; Claim #3 | 7100-000 |  | 20,347.73 | 1,055,464.33 |
| 05/06/21 | 1005 | THOMPSON, WELCH, SOROKO & GILBERT LLP | Dividend paid at 12.83% of $70,515.24 = $9,049.04; Claim #4 | 7100-000 |  | 9,049.04 | 1,046,415.29 |
| 05/06/21 | 1006 | UTAH RESOURCES INTERNATIONAL | Dividend paid at 12.83% of $1,718,646.83 = $220,549.54; Claim #11 Stopped on 05/26/2021 | 7100-000 |  | 220,549.54 | 825,865.75 |
| 05/06/21 | 1007 | BAKER TILLY FKA SQUAR MILNER LLP | Dividend paid at 100.00% of $556.91 = $556.91; Claim #ACC COSTS | 3420-000 |  | 556.91 | 825,308.84 |
| 05/06/21 | 1008 | US BANKRUPTCY COURT | Dividend paid at 100.00% of $350.00 = $350.00; Claim #CC | 2700-000 |  | 350.00 | 824,958.84 |
| 05/06/21 | 1009 | TODD TUROCI | Dividend paid at 57.41% of $54,662.50 = $31,379.50; Claim #CH 11 | 6210-160 |  | 31,379.50 | 793,579.34 |
| 05/06/21 | 1010 | TODD TUROCI | Dividend paid at 100.00% of $1,337.47 = $1,337.47; Claim #CH 11 | 6220-170 |  | 1,337.47 | 792,241.87 |

Page Subtotals:   $1,095,474.55   $303,232.68

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2 | Exhibit 9
---|---

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 6:16-bk-12192-WJ | Trustee Name: | Helen Frazer (001120) |
|---|---|---|---|
| Case Name: | MARK TECHNOLOGIES CORPORATION | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7471 | Account #: | ******3983 Checking Account |
| For Period Ending: | 07/26/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/06/21 | 1011 | Helen Frazer | Dividend paid at 100.00% of $402.81 = $402.81; Claim #TE | 2200-000 |  | 402.81 | 791,839.06 |
| 05/06/21 | 1012 | SULMEYER KUPETZ | Dividend paid at 100.00% of $19,410.03 = $19,410.03; Claim # | 3220-000 |  | 19,410.03 | 772,429.03 |
| 05/06/21 | 1013 | OFFICE OF THE U.S. TRUSTEE | Dividend paid at 100.00% of $325.00 = $325.00; Claim #1 | 2950-000 |  | 325.00 | 772,104.03 |
| 05/06/21 | 1014 | FRANCHISE TAX BOARD | Dividend paid at 100.00% of $3,339.34 = $3,339.34; Claim #2P | 5800-000 |  | 3,339.34 | 768,764.69 |
| 05/06/21 | 1015 | FRANCHISE TAX BOARD | Dividend paid at 100.00% of $836.62 = $836.62; Claim #15 | 2820-000 |  | 836.62 | 767,928.07 |
| 05/06/21 | 1016 | BAKER TILLY FKA SQUAR MILNER LLP | Dividend paid at 96.44% of $98,687.50 = $95,169.36; Claim #ACC FEES | 3410-000 |  | 95,169.36 | 672,758.71 |
| 05/06/21 | 1017 | Helen Frazer | Dividend paid at 96.44% of $135,239.17 = $130,417.99; Claim #FEE | 2100-000 |  | 130,417.99 | 542,340.72 |
| 05/06/21 | 1018 | SULMEYER KUPETZ | Dividend paid at 96.44% of $562,389.50 = $542,340.72; Claim # | 3210-000 |  | 542,340.72 | 0.00 |
| 05/26/21 | 1006 | UTAH RESOURCES INTERNATIONAL | Dividend paid at 12.83% of $1,718,646.83 = $220,549.54; Claim #11 Stopped: check issued on 05/06/2021 | 7100-000 |  | -220,549.54 | 220,549.54 |
| 05/27/21 | 1019 | UTAH RESOURCES INTERNATIONAL | Dividend paid at 12.83% of $1,718,646.83 = $220,549.54; Claim #11 | 7100-000 |  | 220,549.54 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 1,095,474.55 | 1,095,474.55 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 1,066,801.05 | 0.00 |  |
|  |  | Subtotal |  |  | 28,673.50 | 1,095,474.55 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $28,673.50 | $1,095,474.55 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:16-bk-12192-WJ | **Trustee Name:** | Helen Frazer (001120) |
| **Case Name:** | MARK TECHNOLOGIES CORPORATION | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7471 | **Account #:** | ******3983 Checking Account |
| **For Period Ending:** | 07/26/2021 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $1,112,666.30 |
| Plus Gross Adjustments: | $2,620,152.98 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,732,819.28 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1700 Checking | $1,083,992.80 | $17,191.75 | $0.00 |
| ******3983 Checking Account | $28,673.50 | $1,095,474.55 | $0.00 |
| | **$1,112,666.30** | **$1,112,666.30** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)